IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE RODRIGUEZ, | 1:07-cv-00389-OWW-SMS-PC |
| Plaintiff, | ORDER ADOPTING FINDINGS & RECOMMENDATIONS |
| vs. | (Doc. 6) |
| L. C. HENSE, et al., | ORDER DISMISSING ACTION AND DIRECTING CLERK TO CLOSE CASE |
| Defendants. | |

Eddie Rodriguez ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On October 1, 2007, findings and recommendations were entered, recommending that this action be dismissed based on plaintiff's failure to obey the court's order of June 7, 2007. Plaintiff was provided an opportunity to file objections to the findings and recommendations within thirty days. To date, plaintiff has not filed objections or otherwise responded to the findings and recommendations.[1]

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a de novo review of this case. Having carefully reviewed the entire

---

[1] The United States Postal Service returned the Findings and Recommendations on October 12, 2007, as undeliverable. A notation on the envelope indicates that plaintiff paroled from prison. However, plaintiff has not notified the court of any change in his address. Absent such notice, service at a party's prior address is fully effective. Local Rule 83-182(f).

1

1 file, the court finds the findings and recommendations to be supported by the record and proper
2 analysis.
3           Accordingly, THE COURT HEREBY ORDERS that:
4           1.  The Findings and Recommendations issued by the Magistrate Judge on October 1,
5 2007, are adopted in full;
6           2.  This action is dismissed in its entirety, based on plaintiff's failure to comply with
7 the court's order of June 7, 2007; and
8           3.  The Clerk of Court is directed to close this case.
9 IT IS SO ORDERED.
10 **Dated:   December 4, 2007**             **/s/ Oliver W. Wanger**
                                             UNITED STATES DISTRICT JUDGE